UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS D. RICHARDSON as
Trustee in Bankruptcy for
Tina Strain

    Plaintiff,

v.

MARK PEAK and PERFORMANCE
FOOD GROUP, INC.

    Defendants.

CIVIL ACTION NO.
1:12-CV-1669-ODE

ORDER

The Court having been advised by counsel for the Plaintiff that the above entitled action has been settled, but it appearing that documentation of the settlement has not been concluded,

IT IS ORDERED that this action be DISMISSED with the right, upon good cause shown within sixty (60) days to reopen the action if required in the interests of justice.

SO ORDERED, this 14 day of June, 2013.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE